# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1109

Joe R. Whatley, Jr., solely in his capacity as the WD Trustee of the WD Trust other WD Trust

Appellant

v.

Canadian Pacific Railway Company and Soo Line Railroad Company

Appellees

World Fuel Services, Corp.

No: 24-1477

Joe R. Whatley, Jr., solely in his capacity as the WD Trustee of the WD Trust other WD Trust

Appellee

v.

Canadian Pacific Railroad Company and Soo Line Railroad Company

Appellants

World Fuel Services, Corp.

___

Appeals from U.S. District Court for the District of North Dakota - Western
(1:16-cv-00074-DMT)

___

**ORDER**

Paul J. Hemming's motion to file a brief in excess of limits set forth in FRAP Rule 32(a)(A) and (B) is granted. Appellees/Cross-Appellants may file a brief not to exceed 9,750 words.

September 13, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Maureen W. Gornik